IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

SHAQUANDA RICE PIPPEN and ANGELIA RICE,
Co-Administrators of the Estate of George William Rice     PLAINTIFFS

VS.     CIVIL ACTION NO. 1:17-CV-123-SA-DAS

TRONOX, LLC and ALLEN BLASTING AND COATING, INC.     DEFENDANTS

## JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on for hearing on motion *ore tenus* of the plaintiffs to dismiss plaintiffs' cause of action with prejudice against Allen Blasting and Coating, Inc., and this Court, having considered the same and being fully advised in the premises, is of the opinion that said motion is well-taken and should be, and the same is hereby, granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this cause be, and the same is hereby, dismissed with prejudice against Allen Blasting and Coating, Inc. with each party to bear their respective costs.

SO ORDERED AND ADJUDGED, this the 11th day of March, 2019.

_____
HONORABLE SHARION AYCOCK

APPROVED AND AGREED TO:

/s/ William T. Cooper
William T. Cooper, Esq. MS Bar # 9588
*Attorney for Plaintiffs*

/s/ Robert F. Stacy, Jr.
Robert F. Stacy, Jr., Esq. MS Bar #7764
*Attorney for Defendant Allen Blasting and Coating, Inc.*